MARTHA ODOM, Guardian *Ad Litem*    )
for SHERICKA WALLACE, minor child    )
    )
    v.               )    ORDER
    )
DOUGLAS H. CLARKE, MD, PIEDMONT  )
PRIMARY CARE, INC., f/k/a     )
PIEDMONT PEDIATRIC CLINIC,    )
P.A., and CMC-NORTHEAST, INC.    )
    )

No. 63PA08

Defendant's (Cabarrus Memorial Hospital) Petition for Discretionary Review is allowed for the limited purpose of remanding this matter to the Court of Appeals for reconsideration in light of *Dogwood Dev. & Mgmt. Co., LLC v. White Oak Transp. Co.*, 362 N.C. 191, 657 S.E.2d 361 (2008).

By order of the Court in Conference, this 10th day of April, 2008.

Hudson, J.
For the Court